

Case: 1:21-cr-00052 Document #: 10 Filed: 03/19/21 Page 1 of 3 PageID #:26



